[No. 25761-4-III. Division Three. April 8, 2008.]

THE CITY OF CLE ELUM, *Respondent*, v. OWENS & SONS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-2-00563-1, Michael E. Cooper, J., entered November 29, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25988-9-III. Division Three. April 8, 2008.]

ALEX A. DRAEGER, *Appellant*, v. RICHARD PARRISH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00740-3, Salvatore F. Cozza, J., entered February 26, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 26131-0-III. Division Three. April 8, 2008.]

MICHELLE SMITH ET AL., *Appellants*, v. SACRED HEART MEDICAL CENTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-02360-5, Robert D. Austin, J., entered April 16, 2007. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ. Now published at 144 Wn. App. 537.

[No. 26136-1-III. Division Three. April 8, 2008.]

JOEL C. LEWTON ET AL., *Appellants*, v. BOB SPAIN REAL ESTATE SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-03888-5, Robert N. Hackett, Jr., J., entered April 13, 2007. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.